AO 91 (Rev. 11/11) Criminal Complaint

**SEALED**

MAY 12 2022

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 22-MJ-3079 |
| BRETT J. SIMPSON | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 16, 2022 to May 11, 2022__ in the county of __Shelby__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2252A(a)(2) | Receipt of Child Pornography |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

s/John Gerrity

_____
Complainant's signature

John Gerrity, Special Agent FBI
Printed name and title

Sworn to ~~before me and signed in my presence.~~ by telephone

Date: May 12, 2022  4:02 pm

s/Karen L. McNaught

_____
Judge's signature

City and state: Springfield, IL

Karen L. McNaught, United States Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

IN THE MATTER OF:

U.S. v. Brett Simpson

Case No. 22-mj-3079

### AFFIDAVIT

I, John Gerrity, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been employed in this capacity since January 2016. I am currently assigned to a squad in the Champaign Resident Agency of the Springfield Division that investigates a wide variety of federal crimes, including violent crimes against children.

2. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also participated in the execution of numerous search warrants, many of which involved child exploitation and/or child pornography offenses.

3. The statements contained in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, and witnesses. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included every fact known to me concerning this investigation. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and

1

in part only. I have set forth only the facts that I believe are necessary to establish probable cause, and that the fruits, evidence, and instrumentalities of the offenses listed will be in the following locations.

4. This Affidavit is made in support of an application for a criminal complaint charging BRETT J. SIMPSON ("Simpson"), a 28-year-old male, with receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2).

5. I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted and based on my conversations with other law enforcement officers involved in this investigation.

6. The investigation has revealed that Simpson received images of child pornography through multiple cellular telephone applications, in the Central District of Illinois.

## STATUTORY AUTHORITY

7. As noted above, this investigation concerns alleged violations of the following:

    a. **Receipt of Child Pornography**, in violation of Title 18, United States Code, Sections 2252A(a)(2) prohibits a person from knowingly receiving any child pornography using any means including a computer.

### The Offense Conduct

8. On October 8, 2021, the Federal Bureau of Investigation (FBI) arrested CJ[1] for trafficking and distribution of child pornography. CJ had utilized multiple online applications to trade child sexual abuse material (CSAM). CJ does not have a

---

[1] CJ's true name is being withheld due to his current status as a cooperating witness for the FBI.

2

criminal history. CJ is currently cooperating with the FBI and hopes to receive credit for his cooperation.

9. Prior to his arrest CJ lied to law enforcement and denied that he had downloaded, possessed, and distributed CSAM. After his arrest, CJ agreed to cooperate and proffer with the FBI. On February 11, 2022, CJ identified the UNSUB that he had traded CSAM with as Simpson. CJ identified photographs of Simpson as well as social media accounts utilized by Simpson.

10. CJ had a chat conversation with an unknown subject (UNSUB), later identified as Simpson, on Grindr, a dating/social networking app for gay, bi, trans, and queer people, late in the evening on February 23, 2021 and into the early morning hours of February 24, 2021.

The conversation between Simpson and Jones on Grindr is detailed below:

*2/23/2021 to 2/24/2021 (Grindr)-*
Simpson: [unrecovered file sent]
Simpson: How you been sexy
CJ: I've been ok hbu
Simpson: I've been pretty good
CJ: Hey that's really great :)
Simpson: Yeah what are you up to
CJ: Playing Skyrim, thinking about what to do for dinner
Simpson: I know what you could have for dinner
CJ: Haha
Simpson: My cum hehe
Simpson: Had any luck lately?
CJ: Nah, I mostly just trade pics and stuff. I'm not big on hook ups
Simpson: Same here I haven't hooked up in a long time
Simpson: Mainly watch porn and trade pics with guys
CJ: Toooooo much porn lol gives me unrealistic expectations
Simpson: Been super horny lately
Simpson: Lol I know right
CJ: Especially since I can't really live out the porn I watch lol

3

> Simpson: Lol what do you watch
> CJ: [blank message sent]
> Simpson: Tell me
> CJ: I'll let you use your imagination
> Simpson: No tell me sexy cause I can't really either lol
> CJ: Lol we've talked about it before
> Simpson: Lol it all you watch?
> CJ: For the most part. I mix it up here and there
> Simpson: Same her. Any good stuff lately?
> CJ: Haven't looked for anything new in awhile. I have my favorites saved lol
> Simpson: Lol should show me all you have I go some new stuff a couple days ago
> Simpson: Should make a [Application A][2] or Tele and we can trade
> CJ: I could do that
> Simpson: Fuck yes do it
> Simpson: Let me know when you have it
> Simpson: What are you up to
> CJ: Downloading lol
> Simpson: Okay
> CJ: g4yboi77

During the course of the conversation, the discussion turns to pornography. UNSUB asks CJ to create an account on a messaging platform so they can trade. CJ then provided UNSUB with a username and the conversation on the dating application ends. CJ later explained to the FBI that this discussion was about CSAM. After this exchange occurred and he provided the username "g4yboi77", CJ and Simpson traded CSAM on Application A.

---

[2] The true name of Application A is known to the FBI, but is being withheld due to Application A being utilized in ongoing undercover (UC) operations. Application A is messaging application that employs end-to-end encryption. Users can send messages, pictures and videos in individual chats or groups. Application A does not retain messages nor do they have keys to decrypt user messages. End-to-end encryption means that two devices communicating with each other negotiate encryption directly and no device that lies between those two communicating devices can intercept the contents of the communication.

4

11. February 16, 2022, an FBI Online Covert Employee (OCE) engaged the Snapchat account that CJ identified as belonging to Simpson, brettjsimpson93. Snapchat is an instant messaging app that allows users to send messages and pictures that are available for a short period of time before they become inaccessible OCE asked Simpson if he was interested in trading. OCE provided Simpson his username for Application B.

*2/16/2022 (Snapchat)–*
UC: Heyyy…I think we were in a [Application B] group a while back…lemme know if u wanna trade [smiling emoji with tongue out]
**Simpson: I'm down hehe**
UC: Fuck yeah…I'm in a sick group in [Application C³] with a few guys that have some original stuff
UC: What's ur [Application C]
**Simpson: I don't have one**
UC: Oh ok. Let me know if u make one, up to u if you wanna join the group tho…my [Application B username given] if u wanna hmu there
UC: Or [Application A]…if that works for u

12. On February 16, 2022, the OCE received a message on Application B from user, jakess9966q. The conversation is detailed below.

*2/16/22-2/17/22 (Application B)–*
**Simpson: Heyy**
UC: Hi
**Simpson: What are you into**
UC: Who is this
**Simpson: Found you in a group earlier [smiling face emoji]**
UC: [smiling emoji with tongue out]
UC: Young smooth boys 10 under prty much no limits

---

³ The true name of Application C is known to the FBI, but is being withheld due to Application C being utilized in ongoing undercover (UC) operations. an app in which users have the ability to communicate with voice/video calls, text messages, and files. Users may communicate one on one or in groups.

5

UC: U?
Simpson: The same younger the better hehe
UC: Fuck yeah...u got anything good recentl
Simpson: Not yet I'm trying to find some. Wbu?
UC: Same...I've got some older stuff but hoping to get some pics of my cousin soon [kissing face emoji]
Simpson: Hot how old is your cousin?
Simpson: I'd love to see what you have
UC: He's 7
Simpson: That's hot
UC: I snuck a couple pics of him last week hol up
Simpson: Okay [smiling emoji with hearts over eyes]
UC: I wanna try and play w him eventually
Simpson: You should that would be hot
UC: [images sent to Simpson which are not of an actual minor child, but appear to be]
UC: First one while he was sleeping. The other two I was having a tickle war with those lil nipples.
Simpson: That's hot [smiling emoji with hearts over eyes] did you get to pull his briefs down?
UC: I tried but he was waking up and I stopped
Simpson: That sucks. Anything of other boys?
UC: Nothing original unfortunately. What do u got?
Simpson: Nothing m unfortunately
Simpson: Do you have anything
UC: yeah what do u want?
Simpson: Youngest you have
UC: K...think I might have some 5. Lemme check...
Simpson: Okay [three emojis sent: smiling with hearts over eyes, smiling and winking, and kissing]
UC: I've been getting some stuff from a [Application C] group lemme see what they have
Simpson: Okay awesome
UC: U like father/son? Or little on little?
Simpson: I love both
UC: [Three links were sent via Dropbox to Simpson which appear to contain CSAM based upon the file names, but do not actually contain CSAM]
Simpson: Trying to open them

6

UC: It's so hot when the dad cums all over his little face in the second one.
UC: Makes me hard as fuck
Simpson: They won't work
UC: Wym?
Simpson: Says it can't load file
Simpson: Won't even work in the Dropbox app
UC: What kinda phone u have?
Simpson: IPhone
UC: Can u download VLC player? That's how I watch them but I have Android
UC: U got any mega?
Simpson: Not yet
UC: Im at work now…I'll try to see if I can resend the videos out of Dropbox when I get homr
Simpson: The videos don't work
Simpson: Ok
UC: Idk why…I hope your telling the truth and not wasting my time
Simpson: [sent a screenshot of a video entitled "Tory boy kids porn.mov" to UC]
UC: Hmm…ok. ill see what I can do later. Ugh works sucks and we're about to get busy talk later
Simpson: I understand ttyl [kissing face emoji]
UC: [kissing face emoji and smiling with tongue out emoji]
UC: Dude I'm not sure what else to do on these vids
UC: They work for me
Simpson: Send them to me
UC: Not here man. Make a [Application C]

13. On or about February 16, 2022, the FBI sent an administrative subpoena to Application B. Application B's response included the IP addresses used by the Application B user at the times the chat sessions above occurred. The IP address was 208.124.70.137 and the internet service provider was Consolidated Communications.

7

14. On or about February 18, 2022, the FBI sent an administrative subpoena to Snapchat for subscriber info on user brettjsimpson93, which revealed the e-mail address used to register the Snapchat account was brettjs93@gmail.com

15. On or about March 21, 2022, the FBI sent an administrative subpoena to Consolidated Communications for subscriber info for IP address 208.124.70.137. The results of the subpoena revealed that the subscriber was: Brett Simpson, 414 S. Morgan St., Shelbyville, IL 62565.

16. On or about March 25, 2022, the FBI sent an administrative subpoena to Google for subscriber info on brettjs93@gmail.com. The results of the subpoena revealed that the user utilized Google Pay and the billing and shipping information was: Brett Simpson, 414 S. Morgan St., Apt. 309, Shelbyville, IL 62565.

17. On May 11, 2022, the FBI executed a search warrant at 414 S. Morgan St., Apt. 309, Shelbyville, IL 62565.

18. Simpson was home at his residence at the time of the execution of the search warrant. Simpson agreed to speak with FBI Agents and admitted to receiving CSAM from C.J. Specifically, Simpson admitted that he recalled that specific chat session after being shown the chats with C.J.

19. Additionally, Simpson admitted that he chatted with the profile that belonged to the OCE and requested from Application B. Simpson attempted to open the files which he believed were CSAM but was not able to open them.

8

20. Simpson also admitted to receiving CSAM off of Application D[4]. Specifically, he would search for CSAM on Application D and regularly find it along with MEGA links[5]. The MEGA links contained CSAM of children 8 years old or younger according to Simpson.

21. Simpson admitted that he received the CSAM on cellular telephones which he identified as his and were seized pursuant to the search warrant on May 11, 2022. Simpson told Agents that he would delete CSAM from his phones after receiving it.

**FURTHER AFFIANT SAYETH NAUGHT.**

s/John Gerrity

Special Agent John Gerrity
Federal Bureau of Investigation

Attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on May _12_, 2022.

s/Karen L. McNaught

Karen McNaught, Magistrate Judge
United States District Court

---

[4] The true name of Application D is known to the FBI, but is being withheld due to Application D being utilized in ongoing undercover (UC) operations. Application D is a social media application that users can post opinions, share news, and communicate via messages with other users.

[5] MEGA is a cloud storage and file hosting service. Individuals who share CSAM frequently utilize MEGA and send hyperlinks (MEGA links) to other users as a way to share CSAM. When the user clicks on the link, file folders will open with images and videos containing CSAM. A single MEGA link can contain thousands of images or videos of CSAM.